# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☒ 10th _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Martha Ann Whisby-Wells    JOINT DEBTOR: _____    CASE NO.: 17-20601-RAM

SS#: xxx-xx- 7917                  SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section IX | ☒ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,129.24 for months 1 to 73 ;
2. $2,024.26 for months 74 to 84 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| | | | | | |
|---|---|---|---|---|---|
| Total Fees: | $1,500.00 | Total Paid: | $1,500.00 | Balance Due: | $0.00 |
| Payable | $0.00 | /month (Months ___ to ___ ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
Fees paid to Lloyd Baron

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

| | | | | | |
|---|---|---|---|---|---|
| Total Fees: | $7,100.00 | Total Paid: | $0.00 | Balance Due: | $7,100.00 |
| Payable | $90.07 | /month (Months 1 to 73 ) | | | |
| Payable | $525.00 | /month (Months 74 to 74 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
Fees paid to Miller and Funcia, P.A.
Chapter 13 fees: $3,500.00, Motion to value: $500.00
Motion to Modify and Costs (January 2021) and objection to Post Petition fees  $1,525 - See Fee Application
Motion to Modify and Costs (October 2021) $525.00, Motion to Modify and Costs (April 2022) $525.00.
Motion to Modify and Costs (October 2023) $525.00
Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS   ☐ NONE

Debtor(s): Martha Ann Whisby-Wells     Case number: 17-20601-RAM

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Community Loan Servicing, LLC

   Address: Attention Cashiering Department
   4425 Ponce De Leon Blvd, 5TH Floor
   Coral Gables, FL 33146

   | Field | Amount | Period |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | $13,308.27 | |
   | Arrears Payment (Cure) | $155.59 | /month (Months 1 to 73) |
   | Arrears Payment (Cure) | $177.31 | /month (Months 74 to 84) |
   | Regular Payment (Maintain) | $374.31 | /month (Months 1 to 73) |
   | Regular Payment (Maintain) | $599.00 | /month (Months 74 to 74) |
   | Regular Payment (Maintain) | $1,124.00 | /month (Months 75 to 84) |

   Last 4 Digits of Account No.: 5220

   Other: _____

   ■ Real Property      Check one below for Real Property:
   ■ Principal Residence     ■ Escrow is included in the regular payments
   ☐ Other Real Property     ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

   Address of Collateral: 1521 NW 44 Street, Miami FL 33142

   ☐ Personal Property/Vehicle
   Description of Collateral: _____

2. Creditor: Community Loan Servicing, LLC

   Address: Attention Cashiering Department
   4425 Ponce De Leon Blvd, 5TH Floor
   Coral Gables, FL 33146

   | Field | Amount | Period |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | $600.00 | |
   | Payoff | $4.83 | /month (Months 1 to 73) |
   | Payoff | $22.53 | /month (Months 74 to 84) |

   Last 4 Digits of Account No.: 5220

   Other: Amended Notice of Post Petition Fees and Costs filed on 3/8/2021

   ■ Real Property      Check one below for Real Property:
   ■ Principal Residence     ■ Escrow is included in the regular payments
   ☐ Other Real Property     ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

   Address of Collateral: 1521 NW 44 Street, Miami FL 33142

   ☐ Personal Property/Vehicle
   Description of Collateral: _____

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ■ NONE
2. **VEHICLES(S):** ☐ NONE

Debtor(s): Martha Ann Whisby-Wells    Case number: 17-20601-RAM

| 1. Creditor: American Credit Acceptance<br>Address: 961 E Main Street<br>Spartanburg, SC 29302<br><br>Last 4 Digits of Account No.: 7918<br>VIN: WBA3B1C56EK134329<br>Description of Collateral:<br>2014 BMW 320I<br><br>Check one below:<br>☐ Claim incurred 910 days or more pre-petition<br>☒ Claim incurred less than 910 days pre-petition | Value of Collateral: $13,575.00<br>Amount of Creditor's Lien: $32,188.12<br><br>Interest Rate: 5.25% | **Payment**<br>Total paid in plan: $37,051.38<br><br>$438.06 /month (Months 1 to 73)<br>$461.21 /month (Months 74 to 84) |

    3. **PERSONAL PROPERTY:** ☒ NONE

  C. **LIEN AVOIDANCE**    ☒ NONE

  D. **SURRENDER OF COLLATERAL:**    ☒ NONE

  E. **DIRECT PAYMENTS**    ☒ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]    ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**    ☐ NONE

  A. Pay $0.14 /month (Months 1 to 73)
       Pay $36.77 /month (Months 74 to 84)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

  B. ☒ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

  C. **SEPARATELY CLASSIFIED:**    ☒ NONE

VI. **STUDENT LOAN PROGRAM**    ☒ NONE

VII. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**    ☒ NONE

VIII. **INCOME TAX RETURNS AND REFUNDS:**

  ☒ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

IX. **NON-STANDARD PLAN PROVISIONS**    ☐ NONE

☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Community Loan Servicing, LLC has filed the following regular payment change notices resulting in the following adjustment to regular payments:

1. POC 3-1 Filed with of a regular payment of $370.97    12 Payments = $ 4,451.64
2. NOPC filed on 09/04/18 showing regular payment of $378.79 beginning 10/01/18 12 Payments = $ 4,545.48
3. NOPC filed on 09/10/19 showing regular payment of $399.90 beginning 10/01/19 12 Payments = $ 4,798.80
4. NOPC filed on 09/08/20 showing regular payment of $422.32 beginning 10/01/20 12 Payments = $ 5,067.84
5. NOPC filed on 09/01/21 showing regular payment of $480.41 beginning 10/01/21 16 Payments = $ 7,686.56
5. NOPC filed on 01/11/23 showing regular payment of $630.56 beginning 02/01/23 20 Payments = $12,611.20
Total Regular Payments through the plan = $39,161.52

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| Martha Ann Whisby-Wells | | | |

/s/ Jose P Funcia, Esq.          November 9, 2022

Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]          Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.